# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00164-RJC-DSC

| | |
|---|---|
| FRANKLIN D. STAYANOFF et. al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| BIOMET INC. et. al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice of [Matthew Thomas Albaugh and Erica Kay Drew]" (documents ## 13-14) filed March 28, 2019. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: March 28, 2019

David S. Cayer
United States Magistrate Judge