# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00164-RJC-DSC

| | | |
|---|---|---|
| FRANKLIN D. STAYANOFF AND JUDE HOLBROOK, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| BIOMET, INC., et al., | ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on "Motion for Admission *Pro Hac Vice* of Emily Taylor Dodane" (document # 20) filed October 10, 2019. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: October 10, 2019

David S. Cayer
United States Magistrate Judge