# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00164-RJC-DSC

| | |
|---|---|
| **FRANKLIN D. STAYANOFF et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **BIOMET INC. et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER GRANTING JOINT MOTION TO AMEND
## PRETRIAL ORDER AND CASE MANAGEMENT PLAN

**This Matter** is before the Court on "Joint Motion to Amend Pretrial Order and Case Management Plan" (document #22). For the reasons stated therein the Motion is <u>granted</u>. The Court will also extend the trial setting.

**IT IS THEREFORE ORDERED** that the schedule be modified as follows:

| Task | Current Deadline | Extended Deadline |
|---|---|---|
| Mediation deadline | 1/15/20 | 3/16/20 |
| Expert reports (Plaintiffs) | 2/3/20 | 4/3/20 |
| Expert reports (Defendants) | 3/16/20 | 5/15/20 |
| Discovery completion | 5/1/20 | 6/30/20 |
| Dispositive motions | 7/1/20 | 8/31/20 |
| Oral argument on MSJ's | 8/11/20 | 9/30/20 |
| | | |

<u>T</u>rial is re-set for January 4, 2021.

The Clerk is directed to send copies of this Order to the parties' counsel and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.    Signed: December 4, 2019

_____
David S. Cayer
United States Magistrate Judge