# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00164-RJC-DSC

| | |
|---|---|
| **FRANKLIN D. STAYANOFF et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **BIOMET INC. et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The Court having considered the parties' Joint Motion to Amend Pretrial Order and Case Management Plan and being duly advised in the premises, now **GRANTS IN PART and DENIES IN PART** the Motion.

**IT IS THEREFORE ORDERED** that the schedule for the captioned case be modified as follows:

| Task | Current Deadline | New Deadline |
|---|---|---|
| Mediation deadline | 4/15/20 | 6/15/20 |
| Expert reports (Plaintiffs) | 5/3/20 | 7/4/20 |
| Expert reports (Defendants) | 6/14/20 | 8/14/20 |
| Discovery completion | 7/29/20 | 9/28/20 |
| Dispositive motions | 9/30/20 | 11/30/20 |
| Oral argument on MSJ's | 10/30/20 | 12/29/20 |

The trial setting is extended to the first setting on or after May 1, 2021.

**SO ORDERED**.

Signed: April 7, 2020

David S. Cayer
United States Magistrate Judge